**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-6664**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

JEFFREY ROY CROSBY,

Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Florence. Cameron McGowan Currie, Senior District Judge. (4:96-cr-00361-CMC-1)

Submitted: October 15, 2019                    Decided: October 17, 2019

Before GREGORY, Chief Judge, and THACKER and RUSHING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jeffrey Roy Crosby, Appellant Pro Se. Brook Bowers Andrews, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Columbia, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jeffrey Roy Crosby appeals the district court's order denying his motion to recuse a district judge pursuant to 28 U.S.C. § 455(a) (2012). We have reviewed the record and find no reversible error. *See United States v. Cherry*, 330 F.3d 658, 665 (4th Cir. 2003) (reviewing recusal decision for abuse of discretion). Accordingly, we affirm substantially for the reasons stated by the district court. *United States v. Crosby*, No. 4:96-cr-00361-CMC-1 (D.S.C. Apr. 17, 2019); *see also Belue v. Leventhal*, 640 F.3d 567, 572-74 (4th Cir. 2011) (discussing valid basis for bias or partiality motion); *United States v. Lentz*, 524 F.3d 501, 530 (4th Cir. 2008) ("The presiding judge is not required to recuse [her]self simply because of unsupported, irrational or highly tenuous speculation." (alteration and internal quotation marks omitted)). We deny Crosby's motions for transcripts at government expense and for judicial notice. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*